IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                      Case No. 06-2031-KHV-DJW

LORETTA M. RYAN f/k/a
LORETTA M. SIMS, and
JERRY JOHN RYAN,

        Defendants.

## ORDER FOR DISTRIBUTION OF SALE PROCEEDS FROM MARSHAL'S SALE OF REAL ESTATE

Comes on for decision the Plaintiff's Motion For Order For Distribution of Sale Proceeds from Marshal's Sale of Real Estate (Doc. 15). The United States appears by Eric F. Melgren, United States Attorney for the District of Kansas, and by Christina L. Medeiros, Assistant United States Attorney for the District. There are no other appearances.

The Court, having examined the file and pleadings in this case, finds the following:

1.       The United States of America obtained a judgment of foreclosure as to certain real estate and an in rem judgment against the defendant, Loretta M. Ryan f/k/a Loretta M. Sims, in the above-captioned action on April 27, 2006 (Doc. 8).

2.       The real estate which was the subject of this foreclosure action is located in Finney County, Kansas, within the jurisdiction of this Court, to-wit:

> Lot Ten (10), Block Twelve (12), Barber Addition to the City of Holcomb, Finney County, Kansas. EXCEPT all oil, gas and other minerals in and under said land and all rights incident thereto.

3.       Pursuant to the order of this Court (Doc. 10), the subject real estate was sold by the Office of the United States Marshal on June 21, 2006, to the Ruth A. Johnson Trust, for the sum of

$76,000.00 and the funds have been received by the Clerk of the District Court, District of Kansas.

4.  The bid was the highest and best bid at the sale and the price is a fair and equitable price for the property.

5.  The proceedings of the United States Marshal under the Order of Sale are regular and in conformity with law and equity and the orders of this Court and that sale was confirmed by this Court's order dated July 10, 2006 (Doc. 14).

6.  There was due and owing the United States on June 21, 2006, the date of sale, the sum of $119,987.96 plus $250.00 for the filing fee.

7.  The proceeds of the sale should be distributed as follows, in compliance with the Journal Entry Of Default Judgment And Foreclosure and the Order Of Sale Of Real Estate:

    a.    **To:**    **Department of Justice**
                            Office Of The United States Attorney
                            500 State Avenue, Suite 360
                            Kansas City, Kansas 66101

            For:    Filing Fee           $ 250.00

            **Total**                                              **$250.00**

    b.    **To:**    **Department of Justice**
                            Office Of The United States Attorney
                            500 State Avenue, Suite 360
                            Kansas City, Kansas 66101

            For:    Filing of Lis Pendens    $ 5.00
                      Updated Title Opinion    <u>$ 85.00</u>

            **Total**                                              **$90.00**

    c.    **To:**    **United States Marshal**
Federal Building, Suite 456
444 SE Quincy
Topeka, Kansas 66611-3592

    For:    Costs of Sale

| | |
|---|---|
| Service fee | $ 67.50 |
| Publication costs | $148.47 |
| Subtotal | 215.97 |

**Total**      **$215.97**

    d.    To:    **Department of Justice**
Office Of The United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

    For:    Payment on judgment

**Total**      **$75,444.03**

**TOTAL PROCEEDS DISTRIBUTED**      **$76,000.00**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proceeds of the Marshal's Sale shall be distributed as set out above.

IT IS SO ORDERED.

Dated this 18th day of July, 2006, at Kansas City, Kansas.

        s/ Kathryn H. Vratil
        KATHRYN H. VRATIL
        United States District Judge

Approved by:

ERIC F. MELGREN
United States Attorney

s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S. Ct. # 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: Chris.Medeiros@usdoj.gov
Attorneys for Plaintiff

ELECTRONICALLY SUBMITTED